**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FILED

OCT 27 2015

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

JAMES R. ALEXANDER, II,                    )
                                           )
              Plaintiff,                    )
                                           )     Case No.
v.                                         )
                                           )   **1:15-cv-1701** TWP -DKL
SAGAMORE HEALTH NETWORK, INC.,             )
                                           )
              Defendant.                    )
                                           )

<u>**NOTICE OF REMOVAL**</u>

      SAGAMORE HEALTH NETWORK, INC. is named as a Defendant in the above-captioned case, in which Plaintiff seeks to recover and determine his benefits pursuant to a group employee benefit plan. The Complaint, captioned *James R. Alexander, II v. Sagamore Health Network, Inc.,* was filed in the Circuit Court of Shelby County, in the State of Indiana. Defendant hereby files this Notice of Removal of this action to this Court. In support of said removal, Defendant states as follows:

      1.    Plaintiff's Complaint is related to an entitlement to medical benefits pursuant to a group employee benefit plan. See Plaintiff's Complaint, attached hereto and made a part hereof as Group Exhibit "A."

      2.    This action may be removed pursuant to 28 U.S.C. § 1441(b). This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e), as the group employee benefit plan under which Plaintiff seeks to recover benefits is an "employee benefit plan" as that term is defined in Section 3(1) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1002(1). See Plaintiff's Complaint attached hereto and made a part hereof as Group Exhibit "A."

3.      Pursuant to 28 U.S.C. § 1446(a), Defendant, SAGAMORE HEALTH NETWORK, INC., attaches to this Notice of Removal a copy of all process, pleadings and other orders served upon it in the state court action to date.  See Group Exhibit "A" attached hereto.

4.      The Court has supplemental jurisdiction over the Plaintiff's purported state law claims (which Defendant contends are not viable) pursuant to 28 U.S.C. § 1367, as they arise under the same case or controversy under the United States Constitution as the removed action.

5.      This notice is timely as the Defendant was served with the Complaint on October 7, 2015.

6.      Concurrent with the filing of this Notice of Removal, SAGAMORE HEALTH NETWORK, INC., is filing a Notice of Removal with the Circuit Court of Shelby County, State of Indiana.

Date: October 26, 2015                     Respectfully submitted,

                                           HINSHAW & CULBERTSON LLP


                              By:  _____
                                   Jennifer Kalas (17396-64)
                                   322 Indianapolis Blvd.
                                   Suite 201
                                   Schererville, IN 46375
                                   219-864-5051

2

25379090v1 0978937

## CERTIFICATE OF SERVICE

I certify that on the 26th day of October, a copy of the foregoing NOTICE OF REMOVAL was served upon all attorneys of record/appropriate parties, by UPS OVERNIGHT MAIL.

HINSHAW & CULBERTSON LLP

By: _____

R. Robert Yeager
Yeager Good & Baldwin, P.A.
504 S. Harrison Street
Shelbyville, IN 46176

25379090v1 0978937