UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES R. ALEXANDER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-01701-TWP-DKL |
| | ) |
| SAGAMORE HEALTH NETWORK, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on May 18, 2016, recommending dismissal of this action. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  This case is dismissed for failure of the Plaintiff to prosecute his claims, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Date: 8/8/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES R. ALEXANDER, II
1476 W. McKay Road, Apt 16
Shelbyville, IN 46176

Jennifer Jay Kalas
HINSHAW & CULBERTSON
jkalas@hinshawlaw.com